**LAW OFFICES
OF
CURTIS V. TRINKO, LLP**

16 WEST 46TH STREET
7TH FLOOR
NEW YORK, NEW YORK 10036

TELEPHONE (212) 490-9550

FAX No. (212) 986-0158
EMAIL: CTRINKO@TRINKO.COM



*Memo endorsement (handwritten):* I'd rather hold the Status conference as planned on 7/9/08 @ 9:00 AM. SO ORDERED. Date: 6/16/08 — Richard M. Berman, U.S.D.J.

June 12, 2008

BY HAND DELIVERY

Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

    Re:    Milton Ciplet v. JP Morgan Chase & Co., et al., 08-CV-4580(RMB)

Dear Judge Berman:

    We represent Plaintiff in the above-captioned action and write on behalf of all parties. On May 16, 2008, Plaintiff filed a complaint alleging claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5 on behalf of a purported class. Pursuant to Section 21D(a) of the Exchange Act, any motion for appointment of a Lead Plaintiff is due on or about July 15, 2008. The parties have agreed that Defendants shall not be obligated to respond to the individual complaint filed in the above-captioned action until after the appointment of a Lead Plaintiff and the filing of a consolidated amended complaint. No prior extensions have been requested. The parties have enclosed a stipulation setting forth a proposed schedule for the filing of a consolidated amended complaint and a response thereto.

The Court has scheduled an initial status conference in this matter for July 9, 2008 at 9:00 a.m. After conferring, the parties respectfully request that this conference be adjourned until after the filing of a motion(s) to appoint Lead Plaintiff. Please contact me if the Court needs any information or documentation.

                          Respectfully yours,

                          CURTIS V. TRINKO

cc:  Thomas C. Rice
     Jonathan C. Youngwood
     Christine Ford
     Simpson Thacher & Bartlett LLP
     425 Lexington Avenue
     New York, New York 10017-3954