UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
MILTON CIPLET, Individually and on behalf of all : 
others similarly situated,  : Case No. 08 CIV 4580
  :
                Plaintiff,  :
  :
       vs.  :
  :
JP MORGAN CHASE & CO. and J.P. MORGAN  :
SECURITIES INC.,  :
  :
               Defendants.  :
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas C. Rice of the law firm of Simpson Thacher & Bartlett LLP, hereby appears as counsel for Defendants JPMorgan Chase & Co. and J.P. Morgan Securities Inc. in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:       June 19, 2008
              New York, New York

SIMPSON THACHER & BARTLETT LLP

By:  __s/ Thomas C. Rice__
     Thomas C. Rice, Esq.
     (trice@stblaw.com)
     425 Lexington Avenue
     New York, New York 10017-3954
     Telephone: (212) 455-2000
     Facsimile: (212) 455-2502

Attorney for Defendants