UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
MILTON CIPLET, Individually and on behalf of all others similarly situated,

                Plaintiff,

            vs.

JP MORGAN CHASE & CO. and J.P. MORGAN SECURITIES INC.,

                Defendants.
------------------------------------------------------------------x

Case No. 08 CIV 4580

**NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that Jonathan K. Youngwood of the law firm of Simpson Thacher & Bartlett LLP, hereby appears as counsel for Defendants JPMorgan Chase & Co. and J.P. Morgan Securities Inc. in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:       June 19, 2008
                New York, New York

                                        SIMPSON THACHER & BARTLETT LLP

                                        By:  _s/ Jonathan K. Youngwood_
                                               Jonathan K. Youngwood, Esq.
                                               (jyoungwood@stblaw.com)
                                               425 Lexington Avenue
                                               New York, New York 10017-3954
                                               Telephone: (212) 455-2000
                                               Facsimile: (212) 455-2502

                                          Attorney for Defendants