UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
MILTON CIPLET, Individually and on behalf of all others similarly situated,

               Plaintiff,

               vs.

JP MORGAN CHASE & CO. and J.P. MORGAN SECURITIES INC.,

               Defendants.
------------------------------------------------------------------x

Case No. 08 CIV 4580

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christine Ford of the law firm of Simpson Thacher & Bartlett LLP, hereby appears as counsel for Defendants JPMorgan Chase & Co. and J.P. Morgan Securities Inc. in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:       June 19, 2008
               New York, New York

               SIMPSON THACHER & BARTLETT LLP

               By: __s/ Christine Ford__
                    Christine Ford, Esq.
                    (cford@stblaw.com)
                    425 Lexington Avenue
                    New York, New York 10017-3954
                    Telephone: (212) 455-2000
                    Facsimile: (212) 455-2502

               Attorney for Defendants