**LAW OFFICES**
**OF**
**CURTIS V. TRINKO, LLP**
16 WEST 46TH STREET
7TH FLOOR
NEW YORK, NEW YORK 10036
TELEPHONE (212) 490-9550

# MEMO ENDORSED

FAX NO. (212) 986-0158
EMAIL: CTRINKO@TRINKO.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/08

July 8, 2008

**By Hand Delivery**

Hon. Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 650
New York, New York 10007

RECEIVED
JUL 09 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

<u>Re: **Milton Ciplet vs. J.P. Morgan Chase, et al., 08-CV-4580(RMB)**</u>

Dear Judge Berman:

By means of a Memo Endorsement, dated July 7, 2008, Your Honor adjourned the Initial Status Conference in the above-referenced matter from July 9, 2008 to July 29, 2008 at 9:15 A.M. Unfortunately, I will be away from New York on vacation on July 29th. I have spoken with Defendants' counsel, and they are amenable to a short adjournment of the Initial Status Conference until a convenient date during early August. Specifically, I have confirmed the availability of counsel for August 5, 7, 12, 13 and 14, 2008. I hope that the Court may have availability on one of these dates to reschedule the Initial Status Conference. If that is not possible, I will communicate with defense counsel to provide the Court with additional available dates later in August. Thanking Your Honor in advance for your consideration of this request.

Respectfully yours,



Curtis V. Trinko

*Application granted. Conference adjourned to 7/31/08 at 3:00 p.m.*

CC:    (By Facsimile)

Jonathan Youngwood, Esq.
Simpson Thatcher & Bartlett
Fax: (212) 455-2502

Marc Scollar, Esq.
Plaintiff's Counsel / <u>Scharf</u>
Fax: (718) 720-5153

**SO ORDERED:**
Date: 7/9/08

*Richard A. Berman*
Richard M. Berman, U.S.D.J.