**LAW OFFICES
OF
CURTIS V. TRINKO, LLP**

16 WEST 46TH STREET
7TH FLOOR
NEW YORK, NEW YORK 10036
TELEPHONE (212) 490-9550

**MEMO ENDORSED**

FAX NO. (212) 986-0158
EMAIL: CTRINKO@TRINKO.COM

July 16, 2008

**BY HAND DELIVERY**

Hon. Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 650
New York, New York 10007


RECEIVED JUL 16 2008 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

Re: <u>Milton Ciplet v. J.P. Morgan Chase, et al., 08-CV-4580(RMB)</u>

Dear Judge Berman:

Pursuant to a telephone conference call with Chambers yesterday, it appears that counsel were somewhat confusing with regard to the available dates for the recent adjournment of the Initial Status Conference. As Your Honor will recall, the Initial Status Conference was first adjourned by means of a Memo Endorsement, dated July 7, 2008 from July 9, 2008 to July 29, 2008, and then pursuant to the Memo Endorsement of July 9, 2008, was further adjourned to Jul 31, 2008 at 3:00 P.M.

However, due to the earlier confusion regarding scheduling conflicts and vacations, it was agreed yesterday with Chambers and Defendants' counsel that the Initial Status Conference will be adjourned until September, 2008. I have confirmed that the following dates are available for all counsel: September 3, 4, 11, 15, 16, 17, 18 and 19. I am hopeful that the Court will have availability on one of the dates for the rescheduling of the Initial Status Conference. If that is not possible, I will communicate with defense counsel to provide the Court with additional available dates in September. Thanking Your Honor in advance for your consideration of this request.

Respectfully yours,

*Curtis V. Trinko* (signature)

Curtis V. Trinko

---

*Conference adjourned to 9/3/08 at 9:00 a.m.*

**SO ORDERED:**
Date: 7/17/08    *Richard M. Berman* (signature)
Richard M. Berman, U.S.D.J.

CC:   (By Facsimile)

     Jonathan Youngwood, Esq.
     Simpson Thatcher & Bartlett
     Fax: (212) 455-2502

     Marc Scollar, Esq.
     Plaintiff's Counsel / <u>Scharf</u>
     Fax: (718) 720-5153