UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Milton Ciplet, Individually and on behalf of all Others similarly situated,<br><br>        Plaintiff,<br><br> -against-<br><br>JP Morgan Chase & Co. and J.P. Morgan Securities, Inc.,<br><br>        Defendants. | Civil Action No. 08-CV-4580 (RMB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jules Brody of Stull, Stull & Brody, hereby appears as counsel in this action for Movants Robert H. Shenker and David Nierenberg.

Dated: August 6, 2008
   New York, New York

              **STULL, STULL & BRODY**

            By: /s/ Jules Brody
              Jules Brody (JB-9151)
              6 East 45th Street
              New York, New York 10017
              (212) 687-7230