

# LAW OFFICES
## OF
## CURTIS V. TRINKO, LLP
16 WEST 46TH STREET
7TH FLOOR
NEW YORK, NEW YORK 10036

TELEPHONE (212) 490-9550

FAX NO. (212) 986-0158

EMAIL: CTRINKO@TRINKO.COM



Motions [#11], [#15], and [#18] denied without prejudice as not in accordance with the Court's rules regarding the filing of motions.

SO ORDERED:
Date: 8/6/08

Richard M. Berman, U.S.D.J.

# MEMO ENDORSED

**BY HAND DELIVERY**

Hon. Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 650
New York, New York 10007

      Re: **Milton Ciplet v. J.P. Morgan Chase, et al., 08-CV-4580(RMB)**
           **Mark Scharff, et al v. J.P. Morgan Chase, et al., 08-CV-5026(RMB)**

Dear Judge Berman:

    Enclosed are Your Honor's courtesy copies of the following materials, which were electronically filed in the above-referenced matters yesterday:

1 - The Notice of Motion of Milton Ciplet, Mark Scharff, Pine Sash Door & Lumber Co., Inc., Mark Scharff & Associates LLC, 2170 Mill Avenue LLC, 6202-6217 Realty LLC, Mark Scharff ITF Michael Scharff, Mark Scharff ITF Daniel Scharff and Mark Scharff ITF Ariel Scharff For Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel;

2 - Memorandum of Law In Support Of The Motion Of Milton Ciplet, Mark Scharff, Pine Sash Door & Lumber Co., Inc., Mark Scharff & Associates LLC, 2170 Mill Avenue LLC, 6202-6217 Realty LLC, Mark Scharff ITF Michael Scharff, Mark Scharff ITF Daniel Scharff and Mark Scharff ITF Ariel Scharff For Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel;

3 - The Declaration of Curtis V. Trinko In Support Of The Motion Of Milton Ciplet, Mark Scharff, Pine Sash Door & Lumber Co., Inc., Mark Scharff & Associates LLC, 2170 Mill Avenue LLC, 6202-6217 Realty LLC, Mark Scharff ITF Michael Scharff, Mark Scharff ITF Daniel Scharff and Mark Scharff ITF Ariel Scharff For Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel;

Hon. Richard M. Berman                                                August 5, 2008
Page 2

    4 -    The Declaration of Mark Scollar In Support Of The Motion Of Milton Ciplet, Mark Scharff, Pine Sash Door & Lumber Co., Inc., Mark Scharff & Associates LLC, 2170 Mill Avenue LLC, 6202-6217 Realty LLC, Mark Scharff ITF Michael Scharff, Mark Scharff ITF Daniel Scharff and Mark Scharff ITF Ariel Scharff For Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel; and

    5 -    [Proposed] Order Appointing Lead Plaintiff and Lead Counsel.

If Your Honor requires any additional materials or information, please feel free to contact me.

Respectfully yours,

Wai K. Chan

CC:    (By Email, without enclosures)

Jonathan Youngwood, Esq.
Simpson Thatcher & Bartlett
Fax: (212) 455-2502

Marc Scollar, Esq.
Plaintiff's Counsel / Scharf
Fax: (718) 720-5153