UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MILTON CIPLET, Individually and on Behalf : Civil Action No. 08-CV-4580 (RMB)
of Itself and All Others Similarly Situated, :
: <u>CLASS ACTION</u>
Plaintiff, :
:
vs. :
:
JPMORGAN CHASE & CO. and J.P. :
MORGAN SECURITIES INC, :
:
Defendants. :

---------------------------------------------------------------

MARK SCHARFF, PINE SASH DOOR & :
LUMBER CO., INC., MARK SCHARFF & :
ASSOCIATES LLC, 2170 MILL AVENUE :
LLC, 6202-6217 REALTY LLC, MARK : Civil Action No. 08-CV-5026 (RMB)
SCHARFF ITF MICHAEL SCHARFF, :
MARK SCHARFF ITF DANIEL SCHARFF : <u>CLASS ACTION</u>
And MARK SCHARFF ITF ARIEL :
SCHARFF, Individually and On Behalf of All :
Others Similarly Situated, :
:
Plaintiffs, :
:
vs. :
:
JPMORGAN CHASE BANK & CO., J.P. :
MORGAN SECURITIES, INC. and CHASE :
INVESTMENT SERVICES CORP., :
:
Defendants. :
---------------------------------------------------------------x

**NOTICE OF MOTION OF MILTON CIPLET, MARK SCHARFF, PINE SASH DOOR & LUMBER CO., INC., MARK SCHARFF & ASSOCIATES LLC, 2170 MILL AVENUE LLC, 6202-6217 REALTY LLC, MARK SCHARFF ITF MICHAEL SCHARFF, MARK SCHARFF ITF DANIEL SCHARFF AND MARK SCHARFF ITF ARIEL SCHARFF FOR <u>APPOINTMENT OF LEAD PLAINTIFF, APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

Milton Ciplet, Mark Scharff, Pine Sash Door & Lumber Co., Inc., Mark Scharff & Associates LLC, 2170 Mill Avenue LLC, 6202-6217 Realty LLC, Mark Scharff ITF Michael Scharff, Mark Scharff ITF Daniel Scharff and Mark Scharff ITF Ariel Scharff (collectively, "Movants" or "ARS Investors Group") by their counsel, hereby respectfully moves this Court for: (a) appointment as Lead Plaintiffs in the above-captioned actions; and (b) approval of their selection of the Law Offices of Curtis V. Trinko, LLP and the Law Office of Marc E. Scollar as the Co-Lead Counsel for the Class.

In support of this Motion, the Movants submit herewith a Memorandum of Law, the Declaration of Curtis V. Trinko, and the Declaration of Marc E. Scollar, and a Proposed Order.

DATED: August 4, 2008

Respectfully submitted,

LAW OFFICES OF CURTIS V. TRINKO, LLP
CURTIS V. TRINKO

/s/ Curtis V. Trinko
CURTIS V. TRINKO (CT 1838)
WAI K. CHAN (WC 0743)

16 West 46th Street, 7th Floor
New York, NY  10036
Telephone:    (212) 490-9550
Fax:                (212) 986-0158
Email:            ctrinko@trinko.com
                      kchan@trinko.com

[Proposed] Lead Counsel for Plaintiffs

          THE LAW OFFICE OF MARC E. SCOLLAR
          MARC E. SCOLLAR
          1031 Victory Blvd.
          Staten Island, NY 10301
          Telephone:   (718) 720-4505
          Fax:   (718) 720-5153
          Email:   scollaratlaw@aol.com

          [Proposed] Lead Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Wai K. Chan, certify that on August 4, 2008, I caused the following documents to be served electronically on the attached service list:

1 - The Notice of Motion of Milton Ciplet, Mark Scharff, Pine Sash Door & Lumber Co., Inc., Mark Scharff & Associates LLC, 2170 Mill Avenue LLC, 6202-6217 Realty LLC, Mark Scharff ITF Michael Scharff, Mark Scharff ITF Daniel Scharff and Mark Scharff ITF Ariel Scharff For Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel;

2 - Memorandum of Law In Support Of The Motion Of Milton Ciplet, Mark Scharff, Pine Sash Door & Lumber Co., Inc., Mark Scharff & Associates LLC, 2170 Mill Avenue LLC, 6202-6217 Realty LLC, Mark Scharff ITF Michael Scharff, Mark Scharff ITF Daniel Scharff and Mark Scharff ITF Ariel Scharff For Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel;

3 - The Declaration of Curtis V. Trinko In Support Of The Motion Of Milton Ciplet, Mark Scharff, Pine Sash Door & Lumber Co., Inc., Mark Scharff & Associates LLC, 2170 Mill Avenue LLC, 6202-6217 Realty LLC, Mark Scharff ITF Michael Scharff, Mark Scharff ITF Daniel Scharff and Mark Scharff ITF Ariel Scharff For Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel;

4 - The Declaration of Mark Scollar In Support Of The Motion Of Milton Ciplet, Mark Scharff, Pine Sash Door & Lumber Co., Inc., Mark Scharff & Associates LLC, 2170 Mill Avenue LLC, 6202-6217 Realty LLC, Mark Scharff ITF Michael Scharff, Mark Scharff ITF Daniel Scharff and Mark Scharff ITF Ariel Scharff For Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel; and

5 - [Proposed] Order Appointing Lead Plaintiff and Lead Counsel.

Dated: August 4, 2008
New York, New York

/s/Wai K. Chan
Wai K. Chan

**SERVICE LIST**

Christine McAteer Ford
Simpson Thacher & Bartlett LLP (NY)
425 Lexington Avenue
New York, NY 10017
(212)-455-2554
Fax: (212)-455-2502
Email: cford@stblaw.com

Jonathan K. Youngwood
Simpson Thacher & Bartlett LLP (NY)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
Fax: (212) 455-2502
Email: jyoungwood@stblaw.com

Thomas C. Rice
Simpson Thacher & Bartlett LLP (NY)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
Fax: (212) 455-2502
Email: trice@stblaw.com

*Attorneys for Defendants J.P Morgan Chase & Co.,
and J.P. Morgan Securities Inc*.

Marc Evan Scollar
Law Offices of Marc E. Scollar, Esq.
1031 Victory Blvd.
Staten Island, NY 10301
(718) 720-4505
Fax: 718 720 5153
Email: scollaratlaw@aol.com

*Attorneys for Movants Mark Scharff, Pine Sash Door & Lumber Co., Inc., Mark Scharff & Associates LLC, 2170 Mill Avenue LLC, 6202-6217 Realty LLC, Mark Scharff ITF Michael Scharff, Mark Scharff ITF Daniel Scharff and Mark Scharff ITF Ariel Scharff*