# GIRARD GIBBS LLP

**MEMO ENDORSED**

Attorneys at Law      601 California Street, 14th Floor | San Francisco, CA 94108-2805
Tel: 415.981.4800 | Fax: 415.981.4846 | www.girardgibbs.com



RECEIVED
AUG 11 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

August 8, 2008

> A conference will be held on 8/20/08 at 9:30 a.m. to set a joint briefing schedule. All parties are invited to appear, but it is not necessary to have all parties if some cannot make this date. Counsel should meet and confer in advance of the 8/20 conference. Conference on 9/3/08 is adjourned.
>
> SO ORDERED:
> Date: 8/13/08
> Richard M. Berman, U.S.D.J.

**VIA HAND DELIVERY**

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

Re: *Ciplet v. J.P. Morgan Chase & Co., et al.*, Case No. 08-cv-4580 (RMB)
    08-cv-5026 (RMB)

Dear Judge Berman:

    We represent Thomas C. Assif, Kismet TMF Holdings, LLC and SKS Capital Partners, LLC, who are lead plaintiff movants in the above-reference action. Pursuant to the Court's instruction, we have contacted all counsel to determine whether all parties are available on August 20, 2008 for a pre-motion conference on the lead plaintiff motions. We are writing to advise the Court that certain counsel are not available for a pre-motion conference on that date. We understand that the pre-motion conference will go forward as originally scheduled on September 3, 2008 at 9:00 a.m.

Respectfully submitted,

GIRARD GIBBS LLP

Jonathan K. Levine

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

Cc:     Jonathan K. Youngwood (counsel for defendants) (by fax)
       Curtis V. Trinko (counsel for plaintiff Milton Ciplet) (by fax)
       Mark Scollar (counsel for the Scharff plaintiffs) (by fax)
       Jules Brody (counsel for movants Shenker and Nierenberg) (by fax)
       Stephen A. Weiss (counsel for the Assif Group) (by fax)
       Norman E. Siegel (counsel for the Assif Group) (by fax)