**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
Martin Ciplet, Individually and on behalf of all   :   **Case No. 08 CIV 4580**
others similarly situated,   :

   :

**Plaintiff,**   :

   :

**vs.**   :   <u>**RULE 7.1 STATEMENT**</u>

   :

**JP Morgan Chase & Co. and J.P. Morgan**   :
**Securities Inc.,**   :

   :

**Defendants.**   :
------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, JPMorgan Chase & Co. and J.P. Morgan Securities Inc. hereby state as follows:

The parent corporation of J.P. Morgan Securities Inc. is JPMorgan Chase & Co. No other publicly held corporation owns 10 percent or more of J.P. Morgan Securities Inc.'s stock.

JPMorgan Chase & Co. (sued here as JP Morgan Chase & Co.) is a publicly held corporation. No publicly held corporation owns 10 percent or more of JPMorgan Chase & Co.'s stock.

Dated: August 18, 2008
     New York, New York

        By   /s/ Jonathan K. Youngwood
          SIMPSON THACHER & BARTLETT LLP
          Thomas C. Rice
          Jonathan K. Youngwood
          425 Lexington Avenue
          New York, New York 10017-3954
          Telephone: (212) 455-2000
          Facsimile: (212) 455-2502
          email:  trice@stblaw.com
                  jyoungwood@stblaw.com

          (Attorneys for Defendants)