Christopher A. Seeger, Esq.
Stephen A. Weiss, Esq.
SEEGER WEISS LLP
One William Street
New York, NY 10004
Tel. (212) 584-0700
Fax. (212) 584-099

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILTON CIPLET, Individually and on Behalf of Itself and All Others Similarly Situated, Plaintiff, <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE & CO. and J.P. MORGAN SECURITIES INC, <br><br> Defendants. | **Civil Action No.: 08-cv-4580 (RMB)** <br><br> **MOTION TO ADMIT COUNSEL *PRO HAC VICE*** <br><br> ELECTRONICALY FILED CASE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United Stated District Courts for the Southern and Eastern Districts of New York, I, Stephen A. Weiss, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of the following two attorneys of the same firm:

      Applicants' Names: NORMAN E. SIEGEL and MATTHEW L. DAMERON
      Firm Name:          Stueve Siegel Hanson LLP
      Address:             460 Nichols Road, Suite 200
      City/State/Zip:       Kansas City, Missouri 64112
      Tel:                  (816) 714-7170
      Fax:                (816) 714-7101

NORMAN E. SIEGEL is a member in good standing of the United States District Court for the Western District of Missouri. There are no pending disciplinary proceedings against Mr. Siegel in any State or Federal Court. Attached hereto as Exhibit A is an original certificate of good standing for Mr. Siegel from United States District Court for the Western District of Missouri.

MATTHEW L. DAMERON is a member in good standing of the United States District Court for the Western District of Missouri. There are no pending disciplinary proceedings against Mr. Dameron in any State or Federal Court. Attached hereto as Exhibit A is an original certificate of good standing for Mr. Dameron from the United States District Court for the District of Kansas and the Western District of Missouri.

Dated: August 15, 2008

New York, New York

Respectfully submitted,

Stephen A. Weiss (SW-3520)
Christopher A. Seeger (CS-4880)
SEEGER WEISS LLP
One William Street
New York, NY 10004
(212) 584-0700 telephone
(212) 584-0799 facsimile
sweiss@seegerweiss.com
cseeger@seegerweiss.com

Christopher A. Seeger, Esq.
Stephen A. Weiss, Esq.
SEEGER WEISS LLP
One William Street
New York, NY 10004
Tel. (212) 584-0700
Fax. (212) 584-099

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILTON CIPLET, Individually and on Behalf of Itself and All Others Similarly Situated, Plaintiff,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO. and J.P. MORGAN SECURITIES INC,<br>Defendants. | Civil Action No.: 08-cv-4580 (RMB)<br><br>**AFFIDAVIT OF STEPHEN A. WEISS IN SUPPORT OF MOTION TO ADMIT COUNSEL _PRO HAC VICE_**<br><br>ELECTRONICALY FILED CASE |

State of New York   )
                    ) ss:
County of New York  )

Stephen A. Weiss, being duly sworn, hereby deposes and says as follows:

1.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in June 1992. I am also admitted to the bar of the United States District Court for the Southern and Eastern District of New York, and am in good standing thereof.

2.  I am a partner at the law firm of Seeger Weiss LLP, and my office is located at One William Street, New York, NY 10009. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Norman E. Siegel

and Matthew L. Dameron, of the firm Stueve Siegel Hanson LLP, as counsel *pro hac vice* to represent the Movant Plaintiff Thomas C. Assif in this matter.

3. Norman E. Siegel is a partner of the law firm Stueve Siegel Hanson LLP.

4. Matthew L. Dameron is an associate with the law firm Stueve Siegel Hanson LLP

5. Although I have known Norman Siegel and Matthew L. Dameron for a short time, I have known of their firm, Stueve Siegel Hanson LLP, for a considerably long period of time and can attest to Mr. Siegel's and Mr. Dameron's fine qualities as skilled attorneys and persons of integrity. They are experienced in Federal practice and are familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Norman E. Siegel and Matthew L. Dameron, *pro hac vice*. A proposed order is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Norman E. Siegel and Matthew L. Dameron to represent Movant Plaintiff Thomas C. Assif in the above captioned matter, be granted.

Dated: August 15, 2008
New York, New York

Respectfully submitted,

*/s/ Stephen A. Weiss*
Stephen A. Weiss (SW-3520)
Christopher A. Seeger (CS-4880)
SEEGER WEISS LLP
One William Street
New York, NY 10004
(212) 584-0700 telephone
(212) 584-0799 facsimile

Sworn before me this
15th  day of August 2008

_____
NOTARY PUBLIC

Jose D. Mora
Notary Public State of New York
No. 03-6062383 Qualified in Bronx County
Certificate Filed in New York County
Commission Expires August 6, 2009

## CERTIFICATE OF SERVICE

J. Daniel Mora, being duly sworn, hereby deposes and says:

I am over the age of eighteen years and not a party to the within action and am employed by the firm Seeger Weiss LLP, counsel for the plaintiff.

On August 15, 2008 I cause a true and correct copy of the foregoing **PLAINTIFF'S MOTION TO ADMIT COUNSEL *PRO HAC VICE***, to be served via U.S. Mail, with proper postage prepaid on all counsel of record at the following addresses:

**Jules Brody**
James Henry Galvin
Stull Stull & Brody
6 East 45th Street, 5th Floor
New York, NY 10017
ssbny@aol.com

*Representing Movant **David Nierenberg**, (Movant) **Robert H Shenker***

**Wai Kin Chan**
**Curtis Victor Trinko**
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street, Seventh Floor
New York, NY 10036
kchan@trinko.com

*Representing Plaintiff **Milton Ciplet***

**Christine McAteer Ford**
Thomas C. Rice
**Jonathan K. Youngwood**
Simpson Thacher & Bartlett LLP (NY)
425 Lexington Avenue
New York, NY 10017
cford@stblaw.com

*Representing defendant **J.P. Morgan Securities Inc., JP Morgan Chase & Co.***

**Jonathan K. Levine**
Girard Gibbs & De Bartolomeo, LLP
601 California St, Suite 1400
San Francisco, CA 94108
jkl@girardgibbs.com

*Representing Movant **Thomas C. Assif***

Representing Citigroup Inc., Citigroup Global Markets, Inc., and Citi Smith Barney

Dated: August 15, 2008

_____
J. Daniel Mora

# EXHIBIT A

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA    )
                            )   SS.
WESTERN DISTRICT OF MISSOURI )

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Norman E. Siegel was duly admitted to practice in said Court on October 8, 1993.

Norman E. Siegel is currently in an active status and has not been disciplined by this Court.

Dated at Kansas City, Missouri
on August 14, 2008

_____
Patricia L. Brune, Court Executive

By  Georgia Kee
    Deputy Clerk

## CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | SS. |
| **WESTERN DISTRICT OF MISSOURI** ) | |

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Matthew L. Dameron was duly admitted to practice in said Court on October 25, 2002.

Matthew L. Dameron is currently in an active status and has not been disciplined by this Court.

Dated at Kansas City, Missouri
on August 14, 2008

_____
Patricia L. Brune, Court Executive

By  Georgia Kee
Deputy Clerk

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Lisa Swanson, Individually )
And On Behalf of All Others Similarly Situated, )
)
) **Civil Action No.: 08-cv-3139**
)
)
Plaintiff, )
) **ORDER FOR ADMISSION**
) **PRO HAC VICE ON**
v. ) **WRITTEN MOTION**
)
Citigroup Inc., Citigroup Global Markets, Inc. and ) ELECTRONICALY FILED CASE
Citi Smith Barney, )
)
Defendants. )

Upon the motion of Stephen A. Weiss, attorney for Movant Plaintiff Thomas C. Assif, and said sponsor of attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

NORMAN E. SIEGEL & MATTHEW L. DAMERON
Stueve Siegel Hanson
460 Nichols Road Suite, 200
Kansas City, Missouri
Email: snsiegel@stuevesiegel.com
mdameron@stuevesiegel.com

are admitted to practice *pro hac vice* as counsel Movant Plaintiff Thomas C. Assif in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

2

Dated: _____, 2008

New York, New York

                By: _____
                      United States District Court Judge