SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Milton Ciplet, et al.                    Plaintiff,

                                                            8  cv  4580  (rmb)

            - against -
                                         Defendant.        **ORDER FOR ADMISSION**
JP Morgan Chase & Co.; J.P.                                **PRO HAC VICE**
Morgan Securities, Inc.,                                   **ON WRITTEN MOTION**

Upon the motion of Jonathan K. Levine  attorney for  Lead Plaintiff Movants (see attached)

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

  Applicant's Name:   Daniel C. Girard

  Firm Name:          Girard Gibbs LLP

  Address:            601 California Street, Suite 1400

  City/State/Zip:     San Francisco, CA  94108

  Telephone/Fax:      (415) 981-4800

  Email Address:      dcg@girardgibbs.com

is admitted to practice pro hac vice as counsel for  Lead Plaintiff Movants (see attached)  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 8/20/08
City, State: New York, NY

_____
RMB
United States District ~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006