SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Milton Ciplet, et al.                    Plaintiff,

- against -

JP Morgan Chase & Co. and J.P.          Defendant.
Morgan Securities, Inc.,

8   cv  4580    (rmb )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/08

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of  Jonathan K. Levine     attorney for   Thomas C. Assif, Kismet TMF Holdings, LLC, SKS Capital Partners, LLC

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:    Christina H. C. Sharp

Firm Name:           Girard Gibbs LLP

Address:             601 California Street, Suite 1400

City/State/Zip:      San Francisco, CA  94108

Telephone/Fax:       (415) 981-4800

Email Address:       chc@girardgibbs.com

is admitted to practice pro hac vice as counsel for    above referenced movants      in the above
captioned case in the United States District Court for the Southern District of New York. All attorneys
appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated:
City, State:  New York, NY

RMB

United States District/Magistrate Judge

9/4/08

| FOR OFFICE USE ONLY: FEE PAID $ | SDNY RECEIPT# |
|---|---|

SDNY Form Web 10/2006