SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Milton Ciplet, et al.        Plaintiff,

- against -

JP Morgan Chase & Co.;    Defendant.
J.P. Morgan Securities,
Inc..

8 cv 4580 (rmb)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jonathan K. Levine, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:    Christina H. C. Sharp
Firm Name:           Girard Gibbs LLP
Address:             601 California Street, Suite 1400
City/State/Zip:      San Francisco, CA 94108
Phone Number:        (415) 981-4800
Fax Number:          (415) 981-4846

Christina H. C. Sharp is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceeding against Christina H. C. Sharp in any State or Federal court.

Dated:       8/26/2008
City, State: San Francisco, CA

Respectfully submitted,

Sponsor's
SDNY Bar          Jonathan K. Levine  (JL-8390)
Firm Name:        Girard Gibbs LLP
Address:          601 California Street, Suite 1400
City/State/Zip:   San Francisco, California 94108
Phone Number:     (415) 981-4800
Fax Number:       (415) 981-4846

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Milton Ciplet, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    -against -<br><br>JP Morgan Chase & Co. and J.P. Morgan Securities, Inc.,<br><br>    Defendants. | Case No. 08-cv-4580 (RMB) |
| Mark Scharff, Pine Sash Door & Lumber Co., Inc., Mark Scharff & Associates LLC, 2170 Mill Avenue LLC, 6202-6217 Realty LLC, Mark Scharff ITF Michael Scharff, Mark Scharff ITF Daniel Scharff and Mark Scharff ITF Ariel Scharff,<br><br>    Plaintiffs<br><br>    -against -<br><br>JPMorgan Chase Bank & Co., J.P. Morgan Securities, Inc., and Chase Investment Services Corp.,<br><br>    Defendants. | Case No. 08-cv-5026 (WHP) |

**AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS'**
***PRO HAC VICE* ADMISSION OF CHRISTINA H. C. SHARP**

I, Jonathan K. Levine, being duly sworn, deposes and says that the following facts are true and correct to the best of my personal knowledge:

1. I am an attorney duly admitted to practice law before this Court. My admission to this Court was on March 14, 1989.

2. I am not under suspension or disbarment by any court.

3. I am a partner at the firm of Girard Gibbs LLP, and my office is located at 601 California Street, 14th Floor, San Francisco, California 94108. My telephone number is (415) 981-4800.

4. I make this affidavit in support of Plaintiffs' Motion for the admission of Christina H. C. Sharp *pro hac vice*.

5. I have known Christina H. C. Sharp for approximately 2 years, and believe she will uphold the integrity of this Court, and will comply with all applicable New York Local Rules of Civil Procedure.

I declare under penalty of perjury and the law of the United States of America that the foregoing is true and correct. Executed this 26$^{h}$ day of August, 2008 at San Francisco, California.

_____
Jonathan K. Levine

1

On August 26, 2008, before me, Sue Querubin, Notary Public, personally appeared Jonathan K. Levine, proved by satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.



WITNESS my hand and office seal.

_____
SUE QUERUBIN

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Milton Ciplet, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    -against-<br><br>JP Morgan Chase & Co. and J.P. Morgan Securities, Inc.,<br><br>    Defendants. | Case No. 08-cv-4580 (RMB) |
| Mark Scharff, Pine Sash Door & Lumber Co., Inc., Mark Scharff & Associates LLC, 2170 Mill Avenue LLC, 6202-6217 Realty LLC, Mark Scharff ITF Michael Scharff, Mark Scharff ITF Daniel Scharff and Mark Scharff ITF Ariel Scharff,<br><br>    Plaintiffs,<br><br>    -against-<br><br>JPMorgan Chase Bank & Co., J.P. Morgan Securities, Inc., and Chase Investment Services Corp.,<br><br>    Defendants. | Case No. 08-cv-5026 (WHP) |

# DECLARATION OF CHRISTINA H. C. SHARP IN SUPPORT OF PLAINTIFFS' *PRO HAC VICE* MOTION

I, Christina H. C. Sharp, pursuant to 28 U.S.C. §1746, hereby declare under the penalty of perjury as follows:

1. I am an associate at the firm of Girard Gibbs LLP, and my office is located at 601 California Street, 14th Floor, San Francisco, California 94108. My telephone number is (415) 981-4800.

2. I submit this Declaration in support of the motion to admit counsel *pro hac vice* in the above-captioned matter. As demonstrated by the Certificates of Good Standing (**Exhibit A**), I am a member in good standing of the Bar of the State of California.

3. There are no pending disciplinary proceedings against me in any State or Federal Court.

4. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter.

I declare under penalty of perjury and the law of the United States of America that the foregoing is true and correct. Executed this 26th day of August, 2008 at San Francisco, California.

_____
Christina H. C. Sharp

# EXHIBIT A

THE STATE BAR
OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639    TELEPHONE: 888-800-3400

August 19, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CHRISTINA HILDEGARD CONNOLY, #245869 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2006; that at her request, on May 6, 2008, her name was changed to CHRISTINA HILDEGARD CONNOLLY SHARP on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Milton Ciplet, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   - against -<br><br>JP Morgan Chase & Co. and J.P. Morgan Securities, Inc.,<br><br>   Defendants. | Case No. 08-cv-4580 (RMB) |
| Mark Scharff, Pine Sash Door & Lumber Co., Inc., Mark Scharff & Associates LLC, 2170 Mill Avenue LLC, 6202-6217 Realty LLC, Mark Scharff ITF Michael Scharff, Mark Scharff ITF Daniel Scharff and Mark Scharff ITF Ariel Scharff,<br><br>   Plaintiffs<br><br>   - against -<br><br>JPMorgan Chase Bank & Co., J.P. Morgan Securities, Inc., and Chase Investment Services Corp.,<br><br>   Defendants. | Case No. 08-cv-5026 (WHP) |

**PROOF OF SERVICE**

## PROOF OF SERVICE

I, Anne von Goetz, hereby declare as follows:

I am employed by Girard Gibbs, A Limited Liability Partnership, 601 California Street, 14th Floor, San Francisco, California 94108. I am over the age of eighteen years and am not a party to this action. On August 28, 2008, I served the following documents:

1. MOTION TO ADMIT COUNSEL PRO HAC VICE

2. AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' PRO HAC VICE ADMISSION OF CHRISTINA H.C. SHARP;

3. DECLARATION OF CHRISTINA H.C. SHARP IN SUPPORT OF PLAINTIFFS' PRO HAC VICE MOTION;

4. ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION; AND

5. PROOF OF SERVICE

on:

**Attached Service List**

XX   by placing the document(s) listed above for collection and mailing them following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed August 28, 2008, at San Francisco, California.

_/s/ Anne von Goetz_
Anne von Goetz

# Service List

**Marc Evan Scollar**
Scollar & Scollar
1031 Victory Blvd.
Staten Island, NY 10301

**Curtis Victor Trinko**
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street, Seventh Floor
New York, NY 10036

*Attorney for Mark Scharff and Milton Ciplet*

**Christine McAteer Ford**
**Thomas C. Rice**
**Jonathan K. Youngwood**
Simpson Thacher & Bartlett LLP (NY)
425 Lexington Avenue
New York, NY 10017

*Attorney for JPMorgan Chase Bank & Co., J.P. Morgan Securities Inc.,*

**James Henry Glavin**
**Jules Brody**
Stull Stull & Brody
6 East 45th Street, 5th Floor
New York, NY 10017

*Attorney for Movant  Robert H. Shenker, and David Nierenberg*

**Wai Kin Chan**
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street, Seventh Floor
New York, NY 10036

*Attorney for Milton Ciplet*

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Milton Ciplet, et al.          Plaintiff,

                                                                    8   cv  4580   (rmb)

- against -
JP Morgan Chase & Co. and J.P.    Defendant.        **ORDER FOR ADMISSION**
Morgan Securities, Inc.,                                         **PRO HAC VICE**
                                                                       **ON WRITTEN MOTION**

Upon the motion of  Jonathan K. Levine   attorney for   Thomas C. Assif, Kismet TMF Holdings, LLC, SKS Capital Partners, LLC
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   Christina H. C. Sharp

Firm Name:   Girard Gibbs LLP

Address:   601 California Street, Suite 1400

City/State/Zip:   San Francisco, CA  94108

Telephone/Fax:   (415) 981-4800

Email Address:   chc@girardgibbs.com

is admitted to practice pro hac vice as counsel for   above referenced movants   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:   New York, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006