UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
MILTON CIPLET, Individually and on Behalf : Civil Action No. 08-CV-4580 (RMB)
of Himself and All Others Similarly Situated, :
: <u>CLASS ACTION</u>
              Plaintiff, :
:
vs. :
:
JPMORGAN CHASE & CO. and J.P. :
MORGAN SECURITIES INC, :
:
              Defendants. :
---------------------------------------------------------------
MARK SCHARFF, PINE SASH DOOR & :
LUMBER CO., INC., MARK SCHARFF & :
ASSOCIATES LLC, 2170 MILL AVENUE :
LLC, 6202-6217 REALTY LLC, MARK : Civil Action No. 08-CV-5026 (RMB)
SCHARFF ITF MICHAEL SCHARFF, :
MARK SCHARFF ITF DANIEL SCHARFF : <u>CLASS ACTION</u>
And MARK SCHARFF ITF ARIEL :
SCHARFF, Individually and On Behalf of All :
Others Similarly Situated, :
:
              Plaintiffs, :
:
vs. :
:
JPMORGAN CHASE BANK & CO., J.P. :
MORGAN SECURITIES, INC. and CHASE :
INVESTMENT SERVICES CORP., :
:
              Defendants. :
---------------------------------------------------------------x

**DECLARATION OF MILTON CIPLET IN OPPOSITION TO
COMPETING MOTIONS AND IN FURTHER SUPPORT OF THE MOTION OF
MILTON CIPLET, MARK SCHARFF, PINE SASH DOOR & LUMBER CO., INC.,
MARK SCHARFF & ASSOCIATES LLC, 2170 MILL AVENUE LLC, 6202-6217
REALTY LLC, MARK SCHARFF ITF MICHAEL SCHARFF, MARK SCHARFF ITF
DANIEL SCHARFF AND MARK SCHARFF ITF ARIEL SCHARFF FOR
CONSOLIDATION OF ACTIONS, APPOINTMENT OF CO-LEAD PLAINTIFF, AND
<u>APPROVAL OF SELECTION OF CO-LEAD COUNSEL</u>**

MILTON CIPLET, pursuant to 28 U.S.C. § 1746, declares:

1. I am one of the named plaintiffs in the above-entitled action.

2. On May 30, 2006, I purchased $1,000,000 worth of Triborough Bridge & Tunnel Authority Auction Rate Securities (NY REVS VAR REF REV BDS Subseries 2002G-2, CUSIP NO. 89602NCF9).

3. I still hold these securities.

4. These securities have not yet been redeemed or repurchased by the issuer, Triborough Bridge & Tunnel Authority, or by defendants, JPMorgan Chase & Co. and/or J.P. Morgan Securities Inc. (collectively "JPMorgan").

5. My attorneys informed me that the Triborough Bridge and Tunnel Authority issued a Notice of Redemption in July 2008 for my Auction Rate Securities. I did not receive the Notice of Redemption from JPMorgan, or the issuer, Triborough Bridge and Tunnel authority.

6. I contacted JPMorgan after receiving a copy of the Notice of Redemption from my attorneys. JPMorgan informed me that they do not typically send Notices of Redemption to their clients because many times, notwithstanding an issued notice of redemption, the bonds are not redeemed as scheduled by the issuer.

7. I understand that pursuant to the Notice of Redemption, redemption is "subject to and conditioned upon there being sufficient money on such redemption date."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 4th day of September, 2008 in New York, New York.

Milton Ciplet

- 1 -